FILED

OCT 25 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Your Name: DANITA WILLIAMS

Address: 1304 Rollingwood Dr. Vallejo, CA 94590

Phone Number: (916) 507-8845

Fax Number:

E-mail Address: danitawilliams188@yahoo.com

Pro Se Plaintiff

5 IFP
NP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C19-6998

Danita Williams

Plaintiff,

vs.

Kaiser Permanente
(TPMG)

Defendant.

Case Number  [leave blank]

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐ No ☒

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Danita Williams

Address: 1304 Rollingwood Dr. Vallejo, CA 94590

Telephone: (916) 507-8845

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:   *VALLEJO CALL CENTER - TPMG*

Address:   *# 1617 Broadway, Vallejo, CA 94591*

Telephone:   *(877) 757 · 1617*
*(457)*

Defendant 2:

Name:   _____

Address:   _____

Telephone:   _____

Defendant 3:

Name:   _____

Address:   _____

Telephone:   _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in _Solano_ County, it should be assigned to the _____ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

This occured in Vallejo at the Vallejo call center. I discovered that I was placed in a faulty shift and was being paid incorrectly for several years. Everything from my timecards being short to working O.T. and not getting paid. My classification is wrong as well.

COMPLAINT

PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

-4-

In 2016, I brought it to the attention of my direct supervisor Helen Arndiziglon that I was in a faulty shift and my paychecks were not correct. She referred me to union but they did not help me. They would not accept the grievance I filed and H.r. (Human Resources) would not relinquish the pay scale that is in our union contract. I have been employed by Kaiser for twelve years and three separate times. This last time it was from April of 2005' until August of 2017. I am suing them for Timecard Shortage, overtime, discrimination, harassment, stress leave and not abiding by our union agreement.

//

//

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 5 -

# CLAIMS

## First Claim

(*Name the law or right violated:* _____ )

(*Name the defendants who violated it:* _____ )

[*Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

\_\_\_\_. _____

_____

_____

_____

\_\_\_\_. _____

//

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 6 -

_____ **Claim**

(*Name the law or right violated*: _____)

(*Name the defendants who violated it*: _____)

___. _____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

___. _____

_____

_____

_____

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

-7-

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

I am requesting a reward of money from the court.

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/25/2019     Sign Name: Danita Williams

Print Name: Danita Williams

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – 05/17*]

- 8 -

*[Copy this page and insert it where you need additional space.]*

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*