UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE,<br><br>Defendant. | Case No. 19-cv-06998-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |

Pro se Plaintiff Danita Williams filed a complaint and an application to proceed in forma pauperis ("IFP"). [Docket Nos. 1, 2.] According to Plaintiff's complaint, the incident(s) that form the basis of her complaint took place in Vallejo, California, which is in Solano County, and Plaintiff lives in Vallejo, California. Pursuant to 28 U.S.C. § 1391, a case may be filed in

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b). Based on the allegations in the complaint, it appears that the proper venue for this case is the Eastern District of California because that is where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b)(2). When a plaintiff files his or her case in the wrong district, the court must either dismiss the case or transfer it to the District Court in the correct district. *See* 28 U.S.C. § 1406(a). Thus, unless Plaintiff can show legal authority for venue in this district, the court will transfer the case to the Eastern District of California. Accordingly, IT IS HEREBY ORDERED that, **by no later than November 13, 2019**,

Plaintiff shall file a statement explaining why this case should not be transferred to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: October 29, 2019

_____
DONNA M. RYU
United States Magistrate Judge